# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

158229(26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

DEANGELO TAJUAN JONES,
  Defendant-Appellant.

SC: 158229
COA: 343310
Macomb CC: 1993-001266-FH

_____/

   On order of the Court, the motion for reconsideration of this Court's April 25, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019



bl0722

Clerk